# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ILLUMIDINE, INC., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC., <br><br> Defendants. | Civil Action No. 2:24-cv-00199-JRG |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, Illumidine, Inc., and Defendants, Samsung Electronics Co., Ltd and Samsung Electronics America, Inc., hereby stipulate to the dismissal of the action. All claims of infringement that Plaintiff raised or could have raised in this action are dismissed WITH PREJUDICE. All claims, defenses, or counterclaims that Defendants raised are dismissed WITHOUT PREJUDICE. Each party will bear its own costs, expenses, and attorneys' fees.

Date: <u>October 4, 2024</u>                                      Respectfully submitted,

*/s/ Jonathan L. Hardt*

Jonathan L. Hardt (TX 24039906)*
**ROZIER HARDT MCDONOUGH PLLC**
712 W. 14th Street, Suite A
Austin, Texas 78701
Telephone: (737) 295-0876
Email: hardt@rhmtrial.com

C. Matthew Rozier (CO 46854)*
Kristin M. Whidby (VA 91805)*
**ROZIER HARDT MCDONOUGH PLLC**
1500 K Street, 2nd Floor
Washington, District of Columbia 20005
Telephone: (404) 779-5305; (202) 316-1591
Telephone: (202) 217-0575
Email: matt@rhmtrial.com
Email: kristin@rhmtrial.com

James F. McDonough, III (GA 117088)*
**ROZIER HARDT MCDONOUGH PLLC**
659 Auburn Avenue NE, Unit 254
Atlanta, Georgia 30312
Telephone: (404) 564-1866
Email: jim@rhmtrial.com

**Attorneys for Plaintiff *ILLUMIDINE, INC.***

\* Admitted to the Eastern District of Texas

Date: <u>October 4, 2024</u>                                      Respectfully submitted,

*/s/ Melissa R. Smith #*

Melissa R. Smith (TX 24001351) *
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
Email: melissa@gillamsmithlaw.com

**Attorneys for Defendants *SAMSUNG ELECTRONICS CO., LTD.* and *SAMSUNG ELECTRONICS AMERICA, INC.***

\* Admitted to the Eastern District of Texas
\# e-signed with express permission

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this day a true and correct copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service.

Dated: October 4, 2024

By: */s/ Jonathan L. Hardt*
Jonathan L. Hardt